# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SNMP RESEARCH, INC.** and **SNMP RESEARCH INTERNATIONAL, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SCANSOURCE, INC.**, <br><br> Defendant. | Civil Action No. <br><br> 1:14-cv-03677-TCB |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that pursuant to the settlement agreement dated May 4, 2015, entered into by Plaintiffs SNMP Research Inc. and SNMP Research International, Inc. (together, "SNMP Research"), on the one hand, and Avaya Inc., on the other hand, and Fed. R. Civ. P. 41, all claims in this action are dismissed with prejudice, with each party to bear their own costs, expenses and attorneys' fees. The parties request that the Court close this case.

Respectfully submitted this 4th day of August, 2016.

| | |
|---|---|
| */s/ Richard S. Busch* | */s/ Caroline Johnson Tanner* |
| Richard S. Busch | Caroline Johnson Tanner |
| *Pro Hac Vice* | Georgia Bar No. 392580 |
| **King & Ballow** | **Holland & Knight LLP** |
| 315 Union Street, Suite 1100 | Suite 1800 |
| Nashville, Tennessee 37201 | 1180 West Peachtree Street, N.E. |
| (615) 726-5422 | Atlanta, GA 30309 |
| rbusch@kingballow.com | (404) 817-8500 (Telephone) |
| | caroline.tanner@hklaw.com |
| - and - | |
| | *Attorney for Defendant* |
| John L. Wood | |
| *Pro Hac Vice* | |
| **Egerton McAfee Armistead & Davis** | |
| 900 S. Gay Street | |
| Knoxville, Tennessee 37902 | |
| (865) 546-0500 | |
| jwood@emlaw.com | |
| | |
| - and - | |
| | |
| David B. Darden, Esq. | |
| Georgia Bar No. 250341 | |
| **Parker, Hudson, Rainer & Dobbs** | |
| 303 Peachtree Street, NE | |
| Suite 3600 | |
| Atlanta, Georgia 30308 | |
| ddarden@phrd.com | |
| | |
| *Counsel for the Plaintiffs* | |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed with the Clerk of Court the foregoing *Stipulation of Dismissal* using the CM/ECF system, which will automatically send e-mail notification of such filing to the following parties of record as follows:

Caroline Johnson Tanner
**Holland & Knight LLP**
Suite 1800
1180 West Peachtree Street, N.E.
Atlanta, GA 30309

Richard S. Busch
*Pro Hac Vice*
**King & Ballow**
315 Union Street, Suite 1100
Nashville, Tennessee 37201

John L. Wood
*Pro Hac Vice*
**Egerton McAfee Armistead & Davis**
900 S. Gay Street
Knoxville, Tennessee 37902

This 4th day of August, 2016.

**PARKER, HUDSON, RAINER & DOBBS**

*/s/ David B. Darden*
David B. Darden, Esq.